COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ROBERTS' TRANSPORTATION, INC. D/B/A WEST TEXAS EXPRESS, | § | No. 08-10-00181-CV |
|  | § | Appeal from the |
| Appellant, | § | County Court at Law No. 3 |
| v. | § | of El Paso County, Texas |
|  | § |  |
| RICHARD MYRON MOTT, | § | (TC# 2008-3589) |
| Appellee. | § |  |

**MEMORANDUM  OPINION**

Pending before the Court is Appellant's motion for voluntary dismissal of this appeal. *See* TEX.R.APP.P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs of appeal are assessed against Appellant. *See* TEX.R.APP.P. 42.1(d).

April 13, 2011

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.